UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
DAVID DAOUDA MBO,                              :
                           Plaintiff,    :
                                         :  22 Civ. 2979 (LGS)
       -against-                                              :
                                         :  <u>ORDER</u>
OLD REPUBLIC INSURANCE COMPANY ET  :
AL,                                                                          :
                           Defendants.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an initial pretrial conference is scheduled for June 22, 2022.

    WHEREAS, by Order dated April 20, 2022, the parties were directed to file a joint letter and proposed case management plan by June 15, 2022.

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

    **ORDERED** that by **June 17, 2022**, the parties shall file the joint letter and proposed case management plan.

Dated: June 16, 2022
       New York, New York

                                                 LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE