UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVID DAOUDA MBO,
                              Plaintiffs,              22 Civ. 2979 (LGS)

                   -against-                         <u>ORDER</u>

OLD REPUBLIC INSURANCE COMPANY et al.,
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on April 11, 2022, Defendant Old Republic Insurance Company ("Old Republic") filed a notice of removal of this action from the Supreme Court of the State of New York, Bronx County.

      WHEREAS, an initial pretrial conference in this action is scheduled for June 22, 2022.

      WHEREAS, on June 3, 2022, Defendant All State Insurance Company ("All State") filed a notice of appearance.

      WHEREAS, Defendant Liberty Mutual Insurance Company ("Liberty Mutual") has not appeared in this action.

      WHEREAS, on June 17, 2022, a joint letter was filed that discussed Defendant Old Republic's position in this case and copied counsel for Defendant All State, but did not discuss Defendant All State's position. It is hereby

      **ORDERED** that the initial pretrial conference scheduled for June 22, 2022, is **adjourned** to **June 29, 2022**, at **4:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333. It is further

      **ORDERED** that by **June 23, 2022**, the parties shall re-file the joint letter, describing Defendant All State's position in this action. The letter shall also state whether the parties are in

communication with Defendant Liberty Mutual, and whether they anticipate it making an appearance in this action.

Dated: June 21, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**