UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID DAOUDA MBO,

                Plaintiff,

-v.-

OLD REPUBLIC INSURANCE COMPANY,

                Defendant.

22 Civ. 2979 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On March 31, 2024, the Court issued an Order to Show Cause why this case should not be remanded to the Supreme Court of New York, Bronx County, for lack of subject matter jurisdiction or, assuming the existence of subject matter jurisdiction, transferred to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1404(a).  *See* ECF No. 41 ("Plaintiff's alleged motor vehicle accident occurred in Kings County, which is in the Eastern District of New York").  With respect to subject matter jurisdiction, the Order to Show Cause has been satisfied.  *See* ECF No. 42 (identifying record evidence demonstrating that "New York is Plaintiff's domicile" and, therefore, that "Plaintiff and [Defendant] are citizens of different states"); *see e.g.*, *Arizona Hudson Valley LLC v. Pietrzykowski*, No. 20 Civ. 2508 (NRB), 2021 WL 2941732, at *3 (S.D.N.Y. July 9, 2021) ("[B]ased on the pleadings and documentary evidence provided by the parties, the Court has determined that [defendant] is a citizen of New York.").

Plaintiff has informed the Court that he consents to transfer of this action to the Eastern District of New York.  *See* ECF No. 44.  Defendant has no objection.  *See* ECF No. 42.  Accordingly, pursuant to 28 U.S.C. § 1404(a), the Court transfers this case to the United States District Court for the Eastern District of New York.

2

      The Clerk of Court is directed to transfer the case to the Eastern District of New York and to close the case here.  The waiting period set forth in Local Rule 83.1 is waived.

      SO ORDERED.

Dated: April 24, 2024
       New York, New York

                                                          *Jennifer H. Rearden*
                                                     JENNIFER H. REARDEN
                                                     United States District Judge